**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15714/1980184093

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: August 04, 2009

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Vanessa CJ Marie Spencer<br>    Debtor.<br>_____<br>Chase Home Finance LLC<br>    Movant,<br>  vs.<br><br>Vanessa CJ Marie Spencer, Debtor, David M. Reaves, Trustee.<br><br>    Respondents. | No. 2:09-bk-12735-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 8, 2007 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and Vanessa CJ Marie Spencer has an interest in, further described as:

PARCEL 1:

UNIT 2072A, OF AVENTURA CONDOMINIUMS, A CONDOMINIUM AS CREATED BY THAT CERTAIN DECLARATION RECORDED NOVEMBER 1, 2005 AS 2005-1654079 OF OFFICIAL RECORDS AND RE-RECORDED NOVEMBER 16, 2005 AS 2005-1736369 OF OFFICIAL RECORDS, AND SHOWN ON THE PLAT OF SAID CONDOMINIUM AS RECORDED IN BOOK 789 OF MAPS, PAGE 3 AND CLARIFICATION EXHIBIT RECORDED IN BOOK 790 OF MAPS, PAGE 13 IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA.

PARCEL 2:

AN EXCLUSIVE RIGHT TO USE PARKING SPACE J1 A LIMITED COMMON ELEMENT AS DESCRIBED IN THE ABOVE MENTIONED CONDOMINIUM DECLARATION.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT